Dear Clerk of the Court,

I hope you had a good Thanksgiving. Within this package is my 26 paged Complaint and 7 total pages of the 28 U.S.C. § 1915 In Forma Pauperis packet which contains my 6 month trust fund statement.

I am not a Lawyer and I have very limited access to a Law Library because I'm currently at Colorado State Prison where inmates aren't allowed to go to the Law Library. The Law Librarian Mr. Johnson has been prompt though its not the same as being able to research daily. So if I have made mistakes or there needs to be corrections please let me know.

Thank you for your time and energy. I'm extremely grateful.

John Snorsky

CONTACT INFO:

John Snorsky #123847
Colorado State Prison
P.O. Box 777
Canon City, Co 81215

P.S. I HAVE ALSO INCLUDED A COPY OF THE ENTIRE 26 pages of the 1983 packet.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 26 2018
JEFFREY P. COLWELL
CLERK