

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Colorado. 80294-3589

John Snorowski #111428 B+17
P.O. Box 777
Canon City, Colo 81215

DOC# OFFENDER LAST NAME INT

STAFF LAST NAME

132629 SNOWSKI JOSHUA

ID# INT

FACERSTEDT

19624 JC

FACILITY

DATE REC'D

11-20-18

C.SP