IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS,

    Defendants.

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS (FIRST REQUEST) (DKT. 60) OR ALTERNATIVELY, FOR EXTENSION OF TIME TO RESPOND TO SAME**

Defendants, through their counsel, Dietze and Davis, P.C., submit the following request to strike Plaintiff's first set of requests for production pursuant to F.R.C.P. 34, or alternatively, for an extension of time to respond to same:

**Certificate of Conferral**

In light of D.C.COLO.LCivR 7.1(b)(1), Defendants have not conferred with Plaintiff about this Motion, as such conferral is not required.

**Request to Strike**

1.     On or about January 27, 2021, Plaintiff filed "Plaintiff's Request for Production of Documents, Electronically Stored Information, or Tangible Things (First Request)." *See* Dkt. 60.

2.     However, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B)[.]" F.R.C.P. 26(d)(1). As Plaintiff is in the custody of the State of Colorado and is not represented by an attorney, this proceeding is indeed exempt from initial disclosure pursuant to F.R.C.P. 26(a)(1)(B)(iv).

3.     Rule 26(d) does not provide explicit guidance for when discovery may commence under such circumstances, and admittedly, undersigned counsel has not found additional guidance on the issue. However, Rule 26(d) does note that generally, discovery may otherwise commence "when authorized … by court order." F.R.C.P. 26(d)(1). It therefore appears that because this matter is exempt from initial disclosure, Plaintiff may only commence discovery—written or otherwise—when authorized by an order from this Court. *See id.*

4.     Indeed, this Court set a Preliminary Scheduling Conference to commence March 2, 2020, at 10:00 AM, "to consider the nature and status of the case, the timing of any motions or responses, *and what discovery, if any, will be needed*." *See* Dkt. 63 (emphasis added). Given the foregoing, the parties should be permitted to begin discovery only after this conference has taken place and an appropriate discovery plan has been developed.[1]

---

[1] Undersigned counsel notes that the need for Court review and approval of a discovery plan is already evident, as many of Plaintiff's requests are overbroad, and seemingly seek information

WHEREFORE, Defendants request Plaintiff's Request for Production of Documents, Electronically Stored Information, or Tangible Things (First Request) (Dkt. 60) be stricken as premature, or alternatively, that they be given an extension until 30 days after the entry of a Scheduling Order by this Court within which to respond to same.

Respectfully submitted this 24th day of February, 2021.

                Dietze and Davis, P.C.

                *s/ William A. Rogers, III*
                WILLIAM A. ROGERS, III
                NATHAN A. KLOTZ
                2060 Broadway, Suite 400
                Boulder, CO 80302
                Telephone: 303-447-1375
                FAX: 720-508-0632
                E-Mail: wrogers@dietzedavis.com
                        nklotz@dietzedavis.com
                *Attorneys for Defendants*

---

not relevant to this case and generally that is unlikely to be in the possession, custody, or control of the individual Defendants.

# CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS (FIRST REQUEST) (DKT. 60) OR ALTERNATIVELY, FOR EXTENSION OF TIME TO RESPOND TO SAME** upon all parties herein by filing via CM/ECF and depositing copies of same in the United States mail, postage prepaid, at Boulder, Colorado, this 24th day of February, 2021, addressed as follows:

John Standley Snorsky
#123847
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215
*Plaintiff Pro Se*

                                           *s/ Cecil Kennedy*
                                           Paralegal