IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

 Plaintiff,

v.

LESLIE BEELER,
NAMON CHASE,
AUSTIN CHRESTENSEN,
DANIEL DENT,
SIMON DENWALT,
BRANDON HAGANS,
JOHN JORDAN,
EVA LITTLE,
MICHELLE MCVAY,
ERNEST MONTANEZ,
CARRIE RICOTTA,
KYLE ROBERTS,
CASE MANAGER RODRIGUEZ,
MICHAEL SHERWOOD,
CASE MANAGER SKRUGGS,
DEAN WILLIAMS, and
ELIZABETH WOOD,

 Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before on a discovery dispute submitted via email on September 20, 2022.

 IT IS HEREBY **ORDERED** that a discovery hearing is set for **October 3, 2022** at **1:30 p.m.**

 Dated: September 22, 2022