IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: October 3, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 18-cv-03025-KLM

<u>Parties</u>:                                              <u>Counsel</u>:

JOHN STANDLEY SNORSKY,                Kevin Homiak

     Plaintiff,

v.

JOHN DOE, ET AL.,                                   Nathan Klotz

     Defendants.

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**
**Court in session:   1:34 p.m.**
Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Responses to First Set of Written Discovery to Defendants Little, Williams and Dent (the "Motion").

For the reasons as stated on the record it is:

**ORDERED:**   Plaintiff's oral Motion to Compel Responses to First Set of Written Discovery to Defendants Little, Williams and Dent is GRANTED IN PART AND DENIED IN PART as set forth by the Court.. Plaintiff to file a revised set of written discovery requests **no later than October 5, 2022 at 12:00 p.m.**

HEARING CONCLUDED.
**Court in recess:     2:45 p.m.**
Total Time:     01:11

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.