IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

_____

**STIPULATED MOTION TO EXTEND
THE PRELIMINARY INJUNCTION
SEVEN DAYS BEYOND THE CURRENT DEADLINE OF NOVEMBER 8, 2022**
_____

COMES NOW, Plaintiff John Standley Snorsky, by and through Kevin D. Homiak of Homiak Law LLC, and Defendants, by and through Nathan Klotz and William Rogers of Dietze and Davis, P.C., to respectfully request this Court extend the renewed preliminary injunction entered on August 10, 2022, for seven days beyond the current deadline of November 8, 2022— *i.e.*, up to and including November 15, 2022.

    1.    On April 1, 2022, the Court held an evidentiary hearing on Mr. Snorsky's requests for preliminary injunctive relief. (ECF 151.)

2. On May 12, 2022, this Court, pursuant to 18 U.S.C, § 3626(a)(2), entered a Preliminary Injunction Order, which ordered that Mr. Snorsky be transferred to protective custody "forthwith." (ECF 141.)

3. Defendants transferred Mr. Snorsky to protective custody at the Arkansas Valley Correctional Facility on May 13, 2022.

4. Under 18 U.S.C. § 3626(a)(2), a preliminary injunction order in a civil action with respect to prison conditions expires automatically in 90 days, unless renewed. *See generally Mayweathers v. Terhune*, 136 F. Supp. 2d 1152 (E.D. Cal. 2001) (successive preliminary injunctions to maintain status quo are consistent with 18 U.S.C. § 3626(a)(2)).

5. This Court's May 12, 2022 Order was therefore set to automatically expire on August 10, 2022.

6. On August 5, 2022, the Parties filed a stipulated motion to renew the Court's May 12, 2022 Order and extend it 90 days from August 10, 2022 to November 8, 2022. (ECF 183.)

7. The Court granted that motion and renewed the findings from its May 12, 2022 Order, explaining that "nothing in the record indicates that the situation has changed" with regard to Mr. Snorsky. (ECF 184.)

8. The Parties have conferred regarding Mr. Snorsky's request to remain in protective custody until the bench trial on Mr. Snorsky's request for permanent injunction scheduled for March 22, 2023, but have been unable to reach an agreement. The Parties have also conferred regarding another 90-day extension beyond the agreed-upon November 15, 2022 deadline and hope to reach an agreement regarding that extension soon.

9. However, Defendants have agreed that Mr. Snorsky will remain in protective custody at Arkansas Valley Correctional Facility until at least November 15, 2022—*i.e.*, seven days after the current November 8, 2022 deadline of the Court's August 5, 2022 Order.

10. Thus, the Parties respectfully request that, on November 7, 2022, the Court enter an order renewing the May 12, 2022 preliminary injunction and extending the current deadline for its August 5, 2022 Order for seven days up to and including November 15, 2022.

WHEREFORE the Parties respectfully request that this Court grant this Motion for the entry of a renewed 7-day preliminary injunction requiring Defendants to keep Mr. Snorsky in protective custody. The renewed 7-day preliminary injunction should be in effect from November 8, 2022, up to and including November 15, 2022, or until this Court rules on Plaintiff's request for a permanent injunction, whichever comes first.

Respectfully submitted this 7th day of November, 2022.

*s/Nathan A. Klotz (via email on 11/7/22)*
William A. Rogers, III
Nathan A. Klotz
DIETZE AND DAVIS, P.C.
2060 Broadway, Suite 400
Boulder, CO 80302
Telephone: 303-447-1375
FAX: 720-508-0632
wrogers@dietzedavis.com
nklotz@dietzedavis.com

*Attorneys for Defendants*

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
kevin@homiaklaw.com

*Attorney for Plaintiff John Standley Snorsky*

3