IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

---

**STIPULATED MOTION TO EXTEND THE PRELIMINARY INJUNCTION
NINETY DAYS BEYOND THE CURRENT DEADLINE OF NOVEMBER 15, 2022**

---

COMES NOW, Plaintiff John Standley Snorsky, by and through Kevin D. Homiak of Homiak Law LLC, and Defendants, by and through Nathan Klotz and William Rogers of Dietze and Davis, P.C., and respectfully request this Court extend the renewed preliminary injunction entered on November 8, 2022, ninety days beyond the current deadline of November 15, 2022— *i.e.*, up to and including February 13, 2023.

    1.    On April 1, 2022, the Court held an evidentiary hearing on Mr. Snorsky's requests for preliminary injunctive relief. (ECF 151.)

    2.    On May 12, 2022, this Court, pursuant to 18 U.S.C, § 3626(a)(2), entered a Preliminary Injunction Order, which ordered that Mr. Snorsky be transferred to protective custody "forthwith." (ECF 141.)

3. Defendants transferred Mr. Snorsky to protective custody at the Arkansas Valley Correctional Facility on May 13, 2022.

4. Under 18 U.S.C. § 3626(a)(2), a preliminary injunction order in a civil action with respect to prison conditions expires automatically in 90 days, unless renewed. *See generally Mayweathers v. Terhune*, 136 F. Supp. 2d 1152 (E.D. Cal. 2001) (successive preliminary injunctions to maintain status quo are consistent with 18 U.S.C. § 3626(a)(2)).

5. This Court's May 12, 2022 Order was therefore set to automatically expire on August 10, 2022.

6. On August 5, 2022, the Parties filed a stipulated motion to renew the Court's May 12, 2022 Order and extend it 90 days from August 10, 2022 to November 8, 2022. (ECF 183.)

7. That same day, the Court granted that motion and renewed the findings from its May 12, 2022 Order, explaining that "nothing in the record indicates that the situation has changed" with regard to Mr. Snorsky. (ECF 184.)

8. On November 7, 2022, the Parties filed a stipulated motion to renew the Court's August 5, 2022 Order and extend it 7 days from November 8, 2022 to November 15, 2022. (ECF 189.)

9. That same day, the Court granted that motion and renewed the findings from its May 12, 2022 and August 5, 2022 Order, explaining that "nothing in the record indicates that the situation has changed" with regard to Mr. Snorsky. (ECF 190.)

10. The Parties have conferred regarding Mr. Snorsky's request to remain in protective custody until the bench trial on Mr. Snorsky's request for permanent injunction scheduled for March 22, 2023, but have been unable to reach an agreement.

11.     However, Defendants have agreed that Mr. Snorsky will remain in protective custody at Arkansas Valley Correctional Facility until at least February 13, 2023.

12.     Thus, the Parties respectfully request that, on November 14, 2022, the Court enter an order renewing the preliminary injunction and extending the current expiration date of the preliminary injunction by 90 days—*i.e.*, up to and including February 13, 2023.

WHEREFORE the Parties respectfully request that this Court (i) grant this Motion for the entry of a renewed 90-day preliminary injunction requiring Defendants to keep Mr. Snorsky in protective custody at AVCF until February 13, 2023; and (ii) order as follows:

> Plaintiff shall remain in protective custody at AVCF for the duration of the preliminary injunction but may be temporarily transferred to a hospital or other acute medical facility in the event that he needs emergency medical care that AVCF cannot provide, so long as he is returned to protective custody at AVCF thereafter.

Respectfully submitted this 10th day of November, 2022.

| | |
|---|---|
| *s/Nathan A. Klotz (via email on 11/10/22)* | *s/ Kevin D. Homiak* |
| William A. Rogers, III | Kevin D. Homiak |
| Nathan A. Klotz | HOMIAK LAW LLC |
| DIETZE AND DAVIS, P.C. | 1001 Bannock Street, Suite 238 |
| 2060 Broadway, Suite 400 | Denver, Colorado 80204 |
| Boulder, CO 80302 | 505-385-2614 |
| Telephone: 303-447-1375 | kevin@homiaklaw.com |
| FAX: 720-508-0632 | |
| wrogers@dietzedavis.com | *Attorney for Plaintiff John Standley Snorsky* |
| nklotz@dietzedavis.com | |

*Attorneys for Defendants*