IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-3025-KLM**

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

JOHN DOE, ET AL.,

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Erica Grossman of the law firm of HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC, hereby enters her appearance on behalf of Plaintiff, John Standley Snorsky.

    Respectfully submitted this 11th day of January, 2023.

                          */s/ Erica Grossman*
                          Erica Grossman
                          HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
                          1437 High Street
                          Denver, CO 80218
                          303-860-1331
                          303-832-6506 – fax
                          erica@hheglaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of January, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Kevin D. Homiak | Nathan Klotz |
| HOMIAK LAW LLC | William Rogers |
| kevin@homiaklaw.com | DIETZE AND DAVIS, P.C. |
| *Attorney for Plaintiff* | nklotz@dietzedavis.com |
| | wrogers@dietzedavis.com |
| | *Attorneys for Defendants* |

      */s/ Brooke Thiele-LaForest*
      Brooke Thiele-LaForest, Paralegal