**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

      Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

      Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
THE AFFIRMATIVE EXPERT DESIGNATION DEADLINE**

---

COMES NOW, Plaintiff John Standley Snorsky, by and through Kevin D. Homiak of Homiak Law LLC, respectfully request this Court extend the affirmative expert designation deadline, currently set for February 1, 2023, for a period of twenty-one (21) days, up to and including February 22, 2023. In support thereof, Plaintiff state(s) as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Mr. Snorsky conferred with counsel for Defendants on January 27, 2023, and counsel for Defendants stated that Defendants do not oppose the relief requested herein.

1.      In its Order dated July 18, 2022, this Court set the affirmative expert designation deadline for February 1, 2023. (ECF 180.)

2.      The Parties have been diligently working to conduct fact discovery and depositions to provide experts with sufficient bases to prepare their opinions pursuant to Fed. R. Civ. Pro. 26(b), but require additional time to complete this prerequisite discovery.

3.      Good cause exists for granting the requested extension as sufficient preparation for expert disclosures will increase the efficiency of proceedings at the March 17, 2023 bench trial by narrowing the scope of issues presented.

4.      There would not be any prejudice to the Parties as no other deadlines would be impacted by the requested extension; rebuttal expert designations could still be accomplished by March 1, 2023 as set forth in the Court's July 18, 2022 Order and the bench trial date of March 17, 2023 would similarly remain intact.

WHEREFORE Mr. Snorsky respectfully request that this Court grant an extension of the affirmative expert designation deadline by twenty-one (21) days, from February 1, 2023, up to and including February 22, 2023.

Respectfully submitted this 27th day of January, 2023.

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
kevin@homiaklaw.com

*Attorney for Plaintiff John Standley Snorsky*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 27th day of January, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served on the following parties and counsel of record:

- William Rogers
  wrogers@dietzedavis.com

- Nathan Klotz
  nklotz@dietzedavis.com

*s/ Jennifer A. Loadman*
Jennifer Loadman, Paralegal
