IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

# MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Extend the Affirmative Expert Designation Deadline** [#199] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#199] is **GRANTED**. The affirmative expert deadline is extended to **February 22, 2023**.

    Dated:   January 30, 2023