IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a discovery dispute submitted via email on January 27, 2023.

    IT IS HEREBY **ORDERED** that a discovery hearing is set for **February 3, 2023,** at **1:30 p.m.**   The hearing will be held **IN PERSON** in Courtroom 401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, UNLESS permission to appear by telephone is granted by the Court following the filing of a written motion by a party.

    Dated:   January 30, 2023