IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.   After conferral with counsel,

    IT IS HEREBY **ORDERED** that the three-day bench trial on the equitable relief sought by Plaintiff; namely, the request for a permanent injunction, set to commence on March 22, 2023, is **VACATED** and **RESET** to commence on **March 29, 2023,** at **9:00 a.m.**

    Dated:   February 2, 2023