IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: February 3, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 18-cv-03025-KLM

<u>Parties</u>:

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICH RAEMISCH, ET AL.,

    Defendants.

<u>Counsel</u>:

Kevin Homiak
Erica Grossman

Nathan Klotz

**COURTROOM MINUTES**

**DISCOVERY CONFERENCE**
**Court in session:   1:34 p.m.**
Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Responses to Requests for Production #1, #2, #3, #4, #5, #6, #7 and #8 as to Defendant Williams (the "Motion").

For the reasons as stated on the record it is:

**ORDERED:**  Plaintiff's oral Motion to Compel Responses to Requests for Production #1, #2, #3, #4, #5, #6, #7 and #8 as to Defendant Williams is GRANTED. Defense counsel shall either file documents responsive to Requests for Production #1, #2, #3, #4, #5, #6, #7 and #8 and Interrogatories #10 and #11 or certify in writing that they have provided everything within their possession, custody and control **no later than February 15, 2023**. If defendant is unable to provide complete responses by that date, counsel shall email the Court, at which time the Court will issue an order and set a hearing.

HEARING CONCLUDED.
**Court in recess:**     2:20 p.m.
Total Time:     00:46


To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.