## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

---

### STIPULATED MOTION TO EXTEND THE PRELIMINARY INJUNCTION
### NINETY DAYS BEYOND THE CURRENT DEADLINE OF FEBRUARY 13, 2023

---

    COMES NOW, Plaintiff John Standley Snorsky, by and through Kevin D. Homiak of Homiak Law LLC, and Defendants, by and through Nathan Klotz and William Rogers of Dietze and Davis, P.C., respectfully request this Court extend the renewed preliminary injunction entered on November 14, 2022, ninety days beyond the current deadline of February 13, 2023—*i.e.*, up to and including May 14, 2023, or until the final disposition of Mr. Snorsky's bench trial scheduled for March 2023, whichever is sooner.

    1.    On April 1, 2022, the Court held an evidentiary hearing on Mr. Snorsky's requests for preliminary injunctive relief. (ECF 151.)

2. On May 12, 2022, this Court, pursuant to 18 U.S.C, § 3626(a)(2), entered a Preliminary Injunction Order, which ordered that Mr. Snorsky be transferred to protective custody "forthwith." (ECF 141.)

3. Defendants transferred Mr. Snorsky to protective custody at the Arkansas Valley Correctional Facility on May 13, 2022.

4. Under 18 U.S.C. § 3626(a)(2), a preliminary injunction order in a civil action with respect to prison conditions expires automatically in 90 days, unless renewed. *See generally Mayweathers v. Terhune*, 136 F. Supp. 2d 1152 (E.D. Cal. 2001) (successive preliminary injunctions to maintain status quo are consistent with 18 U.S.C. § 3626(a)(2)).

5. This Court's May 12, 2022 Order was therefore set to automatically expire on August 10, 2022.

6. On August 5, 2022, the Parties filed a stipulated motion to renew the Court's May 12, 2022 Order and extend it 90 days from August 10, 2022 to November 8, 2022. (ECF 183.)

7. That same day, the Court granted that motion and renewed the findings from its May 12, 2022 Order, explaining that "nothing in the record indicates that the situation has changed" with regard to Mr. Snorsky. (ECF 184.)

8. On November 7, 2022, the Parties filed a stipulated motion to renew the Court's August 5, 2022 Order and extend it 7 days from November 8, 2022 to November 15, 2022. (ECF 189.)

9. That same day, the Court granted that motion and renewed the findings from its May 12, 2022 and August 5, 2022 Order, explaining that "nothing in the record indicates that the situation has changed" with regard to Mr. Snorsky. (ECF 190.)

10. On November 10, 2022, the Parties filed a stipulated motion to extend the Court's November 7, 2022 Order until February 13, 2023. (ECF 191.)

11. The Court granted that motion and entered an Order on November 14, 2022 extending the preliminary injunction and keeping Mr. Snorsky in protective custody at Arkansas Valley Correctional Facility until at least February 13, 2023. (ECF 192.)

12. Mr. Snorsky's bench trial on his request for permanent injunctive relief to remain in protective custody for the duration of his incarceration with the Colorado Department of Corrections is set before this Court on March 29, 2023.[1]

13. The Parties have conferred and agreed that Mr. Snorsky shall remain in protective custody at Arkansas Valley Correctional Facility until at least May 14, 2023, or until the Court enters a ruling on Mr. Snorsky's request for permanent injunctive relief following the March 2023 bench trial, whichever is sooner.

14. The Parties agree that, in the event Mr. Snorsky is transferred to a CDOC Denver facility for the purposes of appearing in person at the March 2023 bench trial, he shall be transferred back to protective custody at Arkansas Valley Correctional Facility following the conclusion of the bench trial until at least May 14, 2023 or until the Court enters a ruling on his request for permanent injunctive relief, whichever is sooner.

15. Thus, the Parties respectfully request that, on February 10, 2023, the last business day prior to the expiration of the Court's current injunction, the Court enter an order renewing the preliminary injunction and extending the current expiration date of the preliminary injunction by

---

[1] Mr. Snorsky plans to file a motion for writ of habeas corpus to appear in person for the March 2023 bench trial and to be placed at the Denver Reception and Diagnostic Center in Denver for that week (i.e., March 27-April 1, 2023) for the purposes of attending and preparing for that hearing.

ninety days—*i.e.*, up to and including May 14, 2023, or until an order on Mr. Snorsky's request for permanent injunctive relief is entered following the March 2023 bench trial, whichever is sooner.

WHEREFORE the Parties respectfully request that this Court (i) grant this Motion for the entry of a renewed 90-day preliminary injunction requiring Defendants to keep Mr. Snorsky in protective custody at AVCF until May 14, 2023 or until a ruling is entered on Mr. Snorsky's request for permanent injunctive relief, whichever is sooner; and (ii) order as follows:

> Plaintiff shall remain in protective custody at AVCF for the duration of the preliminary injunction but may be temporarily transferred to a hospital or other acute medical facility in the event that he needs emergency medical care that AVCF cannot provide, so long as he is returned to protective custody at AVCF thereafter.

Respectfully submitted this 7th day of February, 2023.

*s/ Nathan A. Klotz (via email 2/7/2023)*
William A. Rogers, III
Nathan A. Klotz
DIETZE AND DAVIS, P.C.
2060 Broadway, Suite 400
Boulder, CO 80302
Telephone: 303-447-1375
FAX: 720-508-0632
wrogers@dietzedavis.com
nklotz@dietzedavis.com

*Attorneys for Defendants*

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
kevin@homiaklaw.com

and

Erica T. Grossman
HOLLAND, HOLLAND EDWARDS & GROSSMAN, PC
1437 High Street
Denver, CO  80218
erica@hheglaw.com

*Attorneys for Plaintiff John Standley Snorsky*