UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 1:18-cv-03025-KLM

JOHN SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
NAMON CHASE,
AUSTIN CHRESTENSEN,
DANIEL DENT,
SIMON DENWALT,
BRANDON HAGANS,
JOHN JORDAN,
EVA LITTLE,
MICHELLE MCVAY,
ERNEST MONTANEZ,
CARRIE RICOTTA,
KYLE ROBERTS,
CASE MANAGER RODRIGUEZ,
MICHAEL SHERWOOD,
CASE MANAGER SKRUGGS,
DEAN WILLIAMS, and
ELIZABETH WOOD,

    Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Matthew V. Rotbart of the law firm Wheeler Trigg O'Donnell LLP, hereby enters his appearance as counsel for Plaintiff, John Snorsky. His office address is 370 17th Street, Suite 4500, Denver, Colorado 80202. His telephone number is 303.244.1800, his email address is rotbart@wtotrial.com and his attorney registration number is 54927.

Dated:  February 14, 2023.	Respectfully submitted,


	*s/ Matthew V. Rotbart*
	Brian S. Osterman
	Matthew V. Rotbart
	Kristen L. Ferries
	Wheeler Trigg O'Donnell LLP
	370 Seventeenth Street, Suite 4500
	Denver, CO 80202
	Telephone:   303.244.1800
	Facsimile:    303.244.1879
	Email:   osterman@wtotrial.com
	             rotbart@wtotrial.com
	             ferries@wtotrial.com

	and

	Kevin D. Homiak
	Homiak Law LLC
	1001 Bannock Street #238
	Denver, CO 80204
	Telephone: 505.385.2614
	Email: kevin@homiaklaw.com

	Attorneys for Plaintiff
	John Snorsky

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Erica Tick Grossman**
  egrossman@johnhollandlaw.com, dan@hheglaw.com, john@hheglaw.com, brooke@hheglaw.com, rachel@hheglaw.com, anna@hheglaw.com

- **Kevin D. Homiak**
  kevin@homiaklaw.com, archive@recap.email, jennifer@homiaklaw.com

- **Nathan Andrew Klotz**
  nklotz@dietzedavis.com, ckennedy@dietzedavis.com

- **William A. Rogers , III**
  wrogers@dietzedavis.com, ckennedy@dietzedavis.com

*s/ Matthew V. Rotbart*
Matthew V. Rotbart