UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 1:18-cv-03025-KLM

JOHN SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
NAMON CHASE,
AUSTIN CHRESTENSEN,
DANIEL DENT,
SIMON DENWALT,
BRANDON HAGANS,
JOHN JORDAN,
EVA LITTLE,
MICHELLE MCVAY,
ERNEST MONTANEZ,
CARRIE RICOTTA,
KYLE ROBERTS,
CASE MANAGER RODRIGUEZ,
MICHAEL SHERWOOD,
CASE MANAGER SKRUGGS,
DEAN WILLIAMS, and
ELIZABETH WOOD,

    Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kristen L. Ferries of the law firm Wheeler Trigg O'Donnell LLP, hereby enters her appearance as counsel for Plaintiff, John Snorsky. Her office address is 370 17th Street, Suite 4500, Denver, Colorado 80202. Her telephone number is 303.244.1800, her email address is ferries@wtotrial.com and her attorney registration number is 53246.

| | |
|---|---|
| Dated:  February 14, 2023. | Respectfully submitted, |

*s/ Kristen L. Ferries*
Brian S. Osterman
Matthew V. Rotbart
Kristen L. Ferries
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   osterman@wtotrial.com
            rotbart@wtotrial.com
            ferries@wtotrial.com

and

Kevin D. Homiak
Homiak Law LLC
1001 Bannock Street #238
Denver, CO 80204
Telephone: 505.385.2614
Email: kevin@homiaklaw.com

Attorneys for Plaintiff
John Snorsky

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Erica Tick Grossman**
  egrossman@johnhollandlaw.com, dan@hheglaw.com, john@hheglaw.com, brooke@hheglaw.com, rachel@hheglaw.com, anna@hheglaw.com

- **Kevin D. Homiak**
  kevin@homiaklaw.com, archive@recap.email, jennifer@homiaklaw.com

- **Nathan Andrew Klotz**
  nklotz@dietzedavis.com, ckennedy@dietzedavis.com

- **William A. Rogers , III**
  wrogers@dietzedavis.com, ckennedy@dietzedavis.com


*s/ Kristen L. Ferries*
Kristen L. Ferries