IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. A three-day bench trial is set to commence on March 29, 2023, as to the request for permanent injunctive relief by Plaintiff. In order for the Court to be adequately informed as to the scope of the relief sought and potential alternatives to the relief requested,

    IT IS HEREBY **ORDERED** that by **March 7, 2023**, Plaintiff shall file a brief <u>not exceeding ten (10) pages in length</u> indicating the scope of the injunctive relief sought, and how the injunction, if issued, may be tailored so that the legitimate, penological interests of the Colorado Department of Corrections ("CDOC") regarding safety, inmate discipline and housing placement are accomplished as to Plaintiff and other inmates. Plaintiff shall also cite any case authority that supports the issuance of the type of permanent injunction he seeks, *i.e.,* cases where the court has issued a permanent injunction to maintain an at-risk inmate in protective custody.

IT IS FURTHER **ORDERED** that by **March 7, 2023**, Defendants shall file a brief <u>not exceeding ten (10) pages in length</u> indicating what alternatives to permanent placement in protective custody, if any, may apply to maintain the safety of Plaintiff, including, for example, the possibility of his transfer to a particular facility that reduces the threat or increases the ability of CDOC to keep him safe without special designations. Defendants shall also cite any case authority that supports their position regarding the propriety of the issuance of permanent injunctive relief and/or other alternatives to keep an at-risk inmate such as Mr. Snorsky safe.

IT IS FURTHER **ORDERED** that Defendants shall present testimony at the trial by a representative of CDOC management who is familiar with the operations of CDOC facilities regarding any alternatives to permanent protective custody and the feasibility of same.

Dated: February 14, 2023

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge