IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

_____

**PLAINTIFF JOHN SNORSKY'S <u>UNOPPOSED</u> MOTION TO IMPLEMENT BIFURCATED DISCOVERY SCHEDULE AND EXTEND DEADLINES IN JULY 18, 2022 ORDER (ECF 180)**
_____

COMES NOW, Plaintiff John Standley Snorsky, by and through undersigned counsel, and respectfully requests this Court amend its July 18, 2022 Order (ECF 180) by (i) implementing a bifurcated schedule for discovery for the March 2023 bench trial and July 2023 jury trial; and (ii) extending the current deadlines for fact and expert discovery. In support thereof, Mr. Snorsky states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Mr. Snorsky conferred with counsel for Defendants on February 21, 2023. Counsel for Defendants stated that Defendants do not oppose the relief requested herein.

1.      On July 18, 2022, the Court held a status conference and entered the following deadlines:

| Date | Deadline |
| --- | --- |
| February 22, 2023 | Disclosure of Affirmative Experts |
| February 28, 2023 | Fact Discovery Cut-Off |
| March 1, 2023 | Disclosure of Rebuttal Experts |
| March 31, 2023 | Expert Discovery Cut-Off |

(ECF 180.)

2.      On January 30, 2023, the Court granted an extension of the affirmative expert designation deadline until February 22, 2023. (ECF 200.)

3.      A discovery dispute hearing was held on February 3, 2023, in which the Court ordered former CDOC Executive Director Dean Williams to supplemental his responses to Mr. Snorsky's interrogatories and requests for production related to his January 2016 and February 2017 protective custody requests, custody issues, and identities of members of the CDOC Protective Custody Committee Review Board. (ECF 203.)

4.      On February 15, 2023, counsel for Current CDOC Executive Director Moses Stancil informed undersigned counsel that he could not locate any additional documents associated with the denials of Mr. Snorsky's January 2016 and February 2017 requests for protective custody.

5.      Counsel for Mr. Stancil also served supplemental interrogatory responses on February 15, 2023, but those supplemental responses were still incomplete.

6.     Since February 15, 2023, counsel for Mr. Stancil has continued to confer with undersigned counsel regarding the deficient discovery responses.

7.     Counsel for Mr. Stancil has indicated that he intends to serve supplemental interrogatory responses on February 21, 2023, or February 22, 2023, that identify which CDOC employee(s) denied Mr. Snorsky's February 2017 request for protective custody.

8.     Counsel for Mr. Stancil has also stated that he is continuing to investigate the circumstances of Mr. Snorsky's January 2016 request for protective custody and plans to supplement Mr. Stancil's interrogatory responses shortly with an identification of which CDOC employee(s) denied Mr. Snorsky's January 2016 request.

9.     The Parties have also been working on scheduling depositions of Defendants and other fact witnesses in this matter and have been able to schedule six depositions to date, but several depositions that have been requested still have not been scheduled.

10.    Therefore, Mr. Snorsky respectfully asks the Court to amend the deadlines in the July 18, 2022 Order to (i) implement a bifurcated discovery schedule for the March 2023 bench trial and July 2023 jury trial, and (ii) extend the current deadlines in the order.

11.    With respect to the March 2023 bench trial, Mr. Snorsky respectfully requests the following deadlines:

| Date | Deadline |
|---|---|
| February 24, 2023 | Disclosure of Affirmative Experts & Bench Trial Witness List[1] |
| March 1, 2023 | Disclosure of Rebuttal Experts |

---

[1] The Bench Trial Witness List should include the Parties' "may call" and "will call" witnesses for the March 2023 bench trial, so that the Parties have sufficient time to depose these witnesses before the bench trial, if necessary.

3

| Date | Deadline |
|---|---|
| March 7, 2023 | Fact & Expert Discovery Cut-Off |

12.     The March 7, 2023 deadline for the Parties to submit briefs to the Court will remain unchanged.

13.     With respect to the July 2023 jury trial, Mr. Snorsky respectfully requests the following deadlines:

| Date | Deadline |
|---|---|
| March 15, 2023 | Disclosure of Affirmative Experts |
| March 22, 2023 | Disclosure of Rebuttal Experts |
| April 15, 2023 | Fact & Expert Discovery Cut-Off |

14.     A bifurcation of these deadlines as they relate to each trial would allow the Parties to conduct thorough discovery and take depositions in an efficient and timely manner given the difference in relief at issue between the March and July trials.

15.     Good cause exists for this request because the Parties have been working diligently to gather the necessary discovery for the March and July trials, and the requested bifurcation and extension allows the Parties to complete the necessary fact and expert discovery for the respective trials.

WHEREFORE, Mr. Snorsky respectfully requests this Court implement a bifurcated discovery schedule and extend the deadlines in its July 18, 2022 Order as set forth above.

Respectfully submitted this 22nd day of February, 2023.

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
kevin@homiaklaw.com

and

Erica T. Grossman
HOLLAND, HOLLAND EDWARDS &
GROSSMAN, PC
1437 High Street
Denver, CO  80218
erica@hheglaw.com

and

Brian Osterman
Kristen L. Ferries
Matthew Rotbart
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
osterman@wtotrial.com
ferries@wtotrial.com
rotbart@wtotrial.com

*Attorneys for Plaintiff John Standley Snorsky*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF and served on counsel of record at the following e-mail addresses:

- **Nathan Klotz**
  nklotz@dietzedavis.com

- **William Rogers**
  wrogers@dietzedavis.com

              *s/ Jennifer A. Loadman*
              Paralegal, Homiak Law LLC