IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff John Snorsky's <u>Unopposed</u> Motion to Implement Bifurcated Discovery Schedule and Extend Deadlines in July 18, 2022 Order (ECF 180)** [#210] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#210] is **GRANTED**. The discovery schedule is bifurcated as to the two trials in this case as set forth below, and the deadlines in the July 18, 2022 Order [#148] are extended as follows

    <u>March 29, 2023 Bench Trial</u>

| | |
|---|---|
| Deadline for Affirmative Expert Disclosures and Trial Witness Lists | **February 24, 2023** |
| Deadline for Rebuttal Expert Disclosures | **March 1, 2023** |
| Discovery Cut-Off (Fact and Expert) | **March 7, 2023** |

    <u>July 17, 2023 Jury Trial</u>

| | |
|---|---|
| Deadline for Affirmative Expert Disclosures | **March 15,, 2023** |
| Deadline for Rebuttal Expert Disclosures | **March 22, 2023** |
| Discovery Cut-Off (Fact and Expert) | **April 15, 2023** |

    Dated:   February 23, 2023