## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

---

### WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*
---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE BELOW NAMED INMATE MAY BE HELD:**

**GREETINGS:**

    We command that you have the below named inmate now confined in the Arkansas Valley Correctional Facility, 12750 CO-96, Ordway, CO 81034, 719-267-3520, transferred to the Colorado Department of Correction's Denver Reception & Diagnostic Center not later than March 27, 2023, and be made reasonably available for conferences with his counsel at that facility for purposes of trial preparation from March 27, 2023 to March 31, 2023. We additionally command that the below named inmate be produced before the Honorable Kristen L. Mix, United States

Magistrate Judge for the District of Colorado, Alfred A. Arraj United States Courtroom A-401, each day from March 29, 2023 through March 31, 2023, by 8:30 a.m. of said days, for trial of a cause to be heard before the United States District Court, and that, after the trial has concluded and the below named individual is released by the Court, the said inmate be returned to the place of incarceration from whence he came, under safe and secure conduct, and have you then and there this writ.

The individual to be produced is:

**Johnathan Standley Snorsky, DOC Number 123847, DOB 12/24/1986**

DATED at Denver, Colorado this __27th__ day of __February__, 2023.

s/ A. Hinojosa-Lavalle, Deputy Clerk
**CLERK OF THE COURT**
**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2