IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,
    Plaintiff,
v.

RICK RAEMISCH, et al.,
    Defendants.

---

CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process to: John Standley Snorsky #123847: Order Granting Unopposed Motion for Writ of Habeas Corpus Ad Testificandum FILED 02/27/2023 and Writ of Habeas Corpus Ad Testificandum FILED 02/27/2023.

**Brian Scott Osterman**
Wheeler Trigg O'Donnell LLP
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1820
Email: osterman@wtotrial.com

US Marshal Service
Service Clerk
Service forms for: John Standley Snorsky, #123847

                                s/A. Hinojosa-Lavalle
                                    *Deputy Clerk*