# Exhibit B




**COLORADO DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**SUPPLEMENTAL CASE REPORT**
CR2015001051

**INITIAL INFORMATION:**

**WED, 6-10-15; Approx. 1135 hrs:** I received an email message from Sterling Correctional Facility (SCF) Intelligence Lieutenant, Joey Luyando. Lt. Luyando requested one of the SCF Office of the Inspector General (OIG) Investigators speak with Offender John Snorsky [redacted]. He stated he met with Offender Snorsky, who started talking about "the murder at Limon involving Offender Edmonds." He stopped Offender Snorsky from going into detail.

**JOHN SNORSKY INTERVIEW:**

**TU, 6-16-15; Approx. 1400 hrs:** I conducted an audio recorded interview with Offender Snorsky at the SCF. I introduced myself as an Investigator with the Office of the Inspector General.

Offender Snorsky initially reported he was leery about telling the OIG what he knew, because of potential consequences and repercussions that could result, in the event other inmates were to find out he spoke with the OIG. He reported he was currently being housed with violent offenders, and he believed offenders ("white dudes") were already coming after him, because he had a high profile case. "This dudes an affiliated white gang member," said Snorsky. He stated he did not want to "end up like Edmonds."

OFFENDER SNORSKY proceeded to explain his nexus to the OIG case #15-1051, in that:

- He arrived at the SCF on Tuesday, 6-9-15, but preceding, was a resident of the Colorado State Penitentiary (CSP), Unit F, Pod 1, Cell 17.
- On Friday, 6-5-15, he awoke to a "new guy," named Chad Merrill [redacted] being assigned to the cell next to him (Unit F, Pod 1, Cell 16). At this time, he did not know Offender Merrill, or anything about him.
- He (Snorsky) was able to possess a TV, and receive newspapers at his cell. It was after lunch, and after receiving his newspaper, on 6-5-15, that Offender Merrill asked him to check the newspaper "about that child molester that got killed."

Per Offender Snorsky, Offender Merrill kept asking, "Hey did that chomo that I killed....did that chomo that I killed...is it on the news?" He did not believe Offender Merrill at first, because most people said they did things that they didn't do. Offender Merrill then said, "Nah man...I know he's dead...I know he's dead." Offender Merrill wanted to tell him the whole story because he (Snorsky) initially did not believe Merrill.

Per Offender Snorsky, OFFENDER CHAD MERRILL proceeded to tell him the following:

- He was placed in Joshua Edmonds' cell.

Page 1 of 4

- He asked to see Edmonds' paperwork, and saw Edmonds was in prison for burglary and multiple other charges. He reviewed Edmonds' "PAS," and saw Edmonds had an "S4 rating."

    [Snorsky added here that no one really knew how the ratings worked, but the highest rating was an S5, and if one was an S4, people assumed they were sex offenders.]

- He asked Edmonds why Edmonds was a sex offender. Edmonds tried to explain he (Edmonds) didn't know what happened, and mentioned something about an institutional write-up.

    [Snorsky added here <09:28 wmp> "Well...Merrill wasn't even fucking listening to his ass. He was like...'oh I got a fucking child molester in my cell'." Merrill reported he had killed another inmate prior, in Arizona. He (Snorsky) didn't know if this was true. "He (Merrill) wants to make sure that he gets rid of all the child molesters that he can."]

- He went out and told other offenders he checked Edmonds paperwork, Edmonds was an S4, and Edmonds was lying to him about it. He asked if he should take care of it, and no one said no. He was in Limon 2C at this time.

    [Snorsky added here <10:45 wmp> When he (Snorsky) was at Limon, Unit 2 was the most affiliated, political place in DOC, consisting of many white supremacist, high profile, Arian Empire, 211, Arian brotherhood, and/or American Nazi Party affiliates.]

- He went back to his cell, and on the morning of 6-4-15, a Thursday morning, he got Edmonds into a choke hold, into a "rear naked choke," and started choking Edmonds. Edmonds was fighting back. He knew Edmonds was dead by 9 o' clock.

    [Snorsky added here <12:05 wmp> Merrill spoke as if he (Merrill) was joking or proud of it, and made statements such as, "I choked him so long my arm went numb," and "I even smelt him shit himself." It started dawning on him (Snorsky) that Merrill was telling him details, and the incident probably happened.]

- After he choked Edmonds out, he got up, and started punching Edmonds in the throat, and then got a shank, and stabbed Edmonds 30 times in the neck.

    [Snorsky added here <12:42 wmp> He didn't know where Merrill got the shank from. He asked Merrill how he knew he stabbed Edmonds 30 times. Merrill replied he made sure he counted, so he could say he stabbed Edmonds 30 times in the neck.]

OFFENDER SNORSKY, in continuing to describe what Offender Merrill told him, said:

<1253 wmp> And this is what got me the most. He said that at that time, the radio was playing on the TV, the Sirius radio...fucking satellite radio...and that um...Edmonds was on the ground. He checked for pulse, heartbeat...wasn't...he was dead. And um...but he wanted to make sure, so what he did is...he stood, on Edmonds throat, for...and he listened to 3 songs, on 'the heat,' which is...I don't...I don't know...like the...the radio...Sirius radio station that was on. He's sitting there, listening to 3 fucking radio songs, while he's standing on Edmonds' throat,

Page 2 of 4

who's, like...bleeding. Then he said that after that....he um...put a...like a...a...blanket...or...or like a shirt, or something over his face, and then drug him out into the pod, and left him on the tier, and then, um, he said that, like a blood streak was left behind. (Audible sigh by Snorsky) Then he went up to the guards and ...you know, said that he needed to be cuffed up.

Offender Snorsky reported he resided in the cell next to Offender Merrill at CSP for 4 days. He said Offender Merrill spoke with him, on more than one occasion, about Offender Edmonds. "That's all he talked about," said Snorsky. At one point, he told Merrill that Edmonds was in prison for burglary, per the newspaper. Merrill replied, "I kinda fucking feel bad now...cuz I just killed a dude, and he wasn't this fucking sex offender." Offender Snorsky said, at this point, he was thinking, "What the fuck....that could be me. Dudes think I'm a sex offender, but I'm not." When asked why he was reporting, OFFENDER SNORSKY replied:

- "Because that could be me."
- "This needs to stop." (referring to white supremacist gangs having control, offender placement, and offenders needing protected)
- "I don't even know why you would have that dude in that cell with that guy."

When asked why he waited to report until at the SCF, Offender Snorsky said he did not. He said he immediately tried to talk to someone at CSP after hearing Offender's Merrill's confession of murder. He attempted contact with the CSP Associate Warden, and no one wanted to talk to him.

Offender Snorsky described Offender Merrill as:

- Caucasian
- Not a big dude
- Okay size, stocky build
- Shorter, 5-7 to 5-8
- Approx. 25-27 years of age
- Having tattoos on his face
- Having affiliation with the Aryan Nation and Aryan Empire
- Self reported from Arizona, and having the moniker, "AZ"
- "He wants his name to be known for killing child molesters, and he's trying to rise up and be like that fucking...a honcho...you know....that's what he wants...he wants people to be impressed by him, and be scared of him...you know."

Offender Snorsky confirmed Offender Merrill was referring to Offender Joshua Edmonds ▮▮▮▮▮▮▮▮▮▮, and not a prior incident. "He (Merrill) said that he just killed Joshua Edmonds in his fucking cell," said Snorsky. OFFENDER SNORSKY additionally reported the following in response to my follow-up questions:

- At the time he was talking to Offender Merrill, no one else was in his or Merrill's cell. They were both in solitary confinement.

- He could hear Offender Merrill clearly. Merrill was on the floor, next to his (Merrill's) cell door, yelling through the door, toward him.
- The entire pod could have heard Offender Merrill, to include:
    - "Overstreet," a "black dude," who was across, in cell 12
    - A "white guy" with the first or last name of "Adam," who resided in the corner
    - "Trig," aka "Hossine," a "black guy" with the possible last name of "Wilson"
- When Offender Merrill spoke, the entire pod would quiet down.
- Offender Merrill said he talked to mental health, and told them everything. Offender Merrill said, "I want everybody to know what I did."
- He told me what he knew. He was not mistaken about the information he provided me.

I advised Offender Snorsky follow-up investigation might occur, and investigators might speak with him in the future. Offender Snorsky said he would be willing to participate in additional interviews, and further reported he would be willing to testify against Offender Merrill. He described Offender Merrill's crime was "brazen" and "cold," and indicated Offender Merrill could kill another person if given a life sentence, as opposed to the death penalty.

I ended my audio recording. ==Brief discussion followed about the potential of Offender Snorsky being endorsed as a witness, and the potential of him receiving protective custody assignment.== This concluded my 6-16-15 interview with Offender Snorsky.

I subsequently reviewed Colorado Department of Corrections (CDOC) Movement Detail Data for Offender Merrill and Offender Snorsky. This record indicated Offender Snorsky did reside at CSP, Unit F, Pod 1, Cell 17, next to Offender Merrill, who resided at CSP, Unit F, Pod 1, Cell 16, and that Offender Merrill was assigned to Cell 16 on 6-5-15. Offender Snorsky resided in the cell next to Offender Merrill, until 6-8-15.

See associated audio for more detail.

Inv. Pimple
SCF OIG

| Reporting Investigator: | S. Pimple | Date: | 6-19-15 |
|---|---|---|---|