# Exhibit D

AR Form 650-02C (02/01/16)


**COLORADO**
Department of Corrections

# Notice of Protective Custody Decision

Facility: SCF

Offender(s) Name: Snorskey, John  DOC Number: 123847

Current Custody Level/Status: CLOSE (MAX)  Housing Unit: SCF/UNIT 6

**SUMMARY:** (Factual report, including who, what, when, where, and how)  *Attach additional sheets if necessary.

On 08/10/2016 a protective custody interview was conducted with Offender Snorskey, John #123847 by video conference at SCF. He is currently classified as a Close Max offender at SCF due to possessing a homemade weapon while at CSP. He completed an Offender Protective Custody Request because he is having issues with the Sureno and 211 STG groups because he claims to be the ""head" witness in a murder case at LCF. Offender Snorskey could not provide information needed to verify his claims that he will testify. The Unit also could not verify that there is any documentation that he is the "head witness" in the case. He also stated his issues started because of his high profile case and the way the media "painted his case." The decision of the committee is Offender Snorskey should follow the natural progression from RH/Max status.

I certify that the above statements are true and accurate to the best of my knowledge.

S/ Scott O____  8-11-16
Protective Custody Review / Central Classification Committee  Date

**DECISION:**

The Protective Custody Review had been completed and the committee had determined.

☐ APPROVE Assignment to Protective Custody  ☒ DENY Assignment to Protective Custody

COMMENTS: The Committee determined that Offender Snorskey, John #123847 should not be placed in protective custody but should progress through the levels of release from RHU/Max.

**SERVING DOC EMPLOYEE:**

You are hereby served this copy  Date: 8/12/16  Time: 1:05 pm

S/ S. Sturgeon  8/12/2016
DOC Employee Name (signature / print)  Date

**OFFENDER ACKNOWLEDGEMENT:**

I acknowledge receipt of a copy of the Notice of Protective Custody Decision. I also understand that I may be removed from protective custody based upon any assaultive, dangerous, disruptive or predatory behaviors.

S/ John ____  8/12/2016
Offender signature  Date

Distribution: Administrative Head
Department File
Offender

Attachment C
Page 1 of 1