# Exhibit F

RECEIVED
JUN 0_ 2015
OFFENDER SERVICES

**OFFICE OF THE STATE PUBLIC DEFENDER**
DOUGLAS K. WILSON
STATE PUBLIC DEFENDER

June 05, 2015

**Public Information Officer**
**Colorado Department of Corrections**
**2862 South Circle Dr.**
**Colorado Springs, CO 80906**

RE: JOHN SNORSKY, DOC # 123847

Dear **Public Information Officer,**

I am writing on behalf of my client John Snorsky who is currently housed at Colorado State Penitentiary and in administrative segregation at that facility. Mr. Snorsky is in CSP for a sentence on a high profile media case where he plead guilty to Burglary and Kidnapping. It was highly publicized in the news. Based on interviews with my client and interviews with other offender witnesses, it has come to light that there are allegations that Mr. Snorsky's safety from other offenders is at jeopardy at CSP. I am writing to place CSP and Department of Corrections on notice of allegations that he is not being protected adequately and that his safety is at issue. Through investigation, there are allegations that some correctional officers are creating an environment where they are openly and publicly announcing to the entire POD that Mr. Snorsky is a sex offender, which is singling him out to other offenders for maltreatment. Additionally, some witnesses are stating that offenders are having recent and on-going conversations about hurting Mr. Snorsky due to the nature of his case and that correctional officers are stating he is a sex offender on children.

I am requesting that Colorado State Penitentiary and the Department of Correction conduct appropriate corrective actions to address these issues surrounding Mr. Snorsky's protection. He is open to protective custody and to being transferred out of state to another facility.

Sincerely,

Diana Bull
Deputy State Public Defender