# Exhibit G

AR Form 1150-02RD B (12/15/14)



The information contained in this document is considered:

**LAW ENFORCEMENT SENSITIVE**

# INTELLIGENCE ASSESSMENT

**DATE: 2016-07-25**

**Subject:** Snorsky, John # 123847

**Summary:** Offender Snorsky is claiming to have issues no matter where he is at due to his high profile crime that everyone knows about. He is also claiming to have issues specifically with Surenos due to him helping out a Northsider who was getting jumped at Limon. Snorsky's most recent issue is with the 211 Crew as he is testifying against Merrill, Chad # 159943 who committed murder at Limon Correctional Facility.

**Threat Level:** (place X in appropriate box below)

☐ No Threat    ☐ Low    ☐ Medium    ☒ High / Impending Threat

**Supporting Information:**
- On 12 January 2016, at approximately 6:20 pm, I Officer Arnold responded to a call to B-pod for offenders fighting. Upon my arrival, I witnessed offender Herrera, Lonnie #61812 (MCH) was pacing on the second tier. I gave loud verbal commands for him to lay down in the prone position on the floor. He ignored the order. He then entered cell twenty seven and did not come back out. At approximately 6:23 pm, the shift commander gave the order to breech the day hall. Upon entering the day hall, I identified that I was drawing my TASER and proceeded to the second tier with responder staff, and proceeded towards cell twenty seven. Once at the cell door, the offender was found on the floor on his stomach with his head away from the door. I activated the TASER, aimed it at the offenders back, and gave the order to not move. He complied with the directive and a retention team entered the cell. At approximately 6:24 pm the offender was placed in wrist and leg restraints. At approximately 6:25 pm the offender was escorted from B-pod to intake. At approximately 6:30 pm a strip search was performed. The offender complied with the search and was placed in universal restraints. At approximately 6:45 pm the offender was placed in intake cell G149 in universal restraints. He was seen in the cell by medical. I received no injuries during this use of force.
- On 6/27/14 at approximately 1:47 pm I, C/O Bateman was working my assigned post in Living Unit 2 control. The unit was coming back from chow. I opened the Pod doors to let the offenders in. I started with B Pod by closing the door, I was in the process of closing the other Pod doors when the fight broke out in B Pod 1st Tier. At first there were just a few unidentified offenders pushing each other around, then they started fighting with closed fists. Then I noticed offender Snorsky, John 123847 jumped on to multiple unidentified offenders. Once weapons and more staff showed up I opened B Pod door to allow the staff in to break up the fight. There were approximately 8 offenders involved later identified as Baeza 126922, Ortiz 113712, Black 140532, Delgado 157745, Harrison 145483, Rosales 162196, Torres 144904. EOR
- Offender Snorsky is currently housed at Sterling Correctional Facility in our Restricted Housing units. Every time he is escorted to an area, the other inmates start threatening

him.  This has been verified by escorting staff.  Also verified with Investigators here at SCF that it is very possible that paperwork could be floating around about him testifying in the Limon murder trial involving Merrill.

**Information Evaluation**

☐ 1- Cannot be judged   ☐ 2 – Doubtful   ☒ 3 – Probable   ☐ 4 – Confirmed

**Criminal Activity/Threat:**
Offender is refusing to leave SCF Restricted Housing.  He said he is not safe in General Population and that he wants to go to Protective Custody because he has a high profile case.  He is a witness in Murder trial and gave statement to authorities.

**Intelligence Gaps:**
Monitor CIPS.  Refuses to go to General Population.

**Sources:**
PCDCIS, ADS, Network Viewer, iDOC, ICC Staffing, Offender Portal

**Source Evaluation**

☐ 1- Unknown   ☐ 2 – Unreliable   ☒ 3 – Reliable   ☐ 4 – Very Reliable

**(Facility Intelligence Officer, Facility Name)**
**Lt. Luyando, Sterling Correctional Facility**

**Distribution:** (place X in appropriate box or boxes below)

☐ UNIT   ☐ IG Investigator   ☒ iDOC   ☐ Warden   ☐ Parole Manager

Attachment "B"
Page 1 of 1