# Exhibit H

> You can turn it in But will not Be given a Hearing until you progress and complete CCTO.
>
> **CM Malebranche**

AR Form 650-02A (11/01/17)

## Offender Protective Custody Request
*CONFIDENTIAL*

DOC Number:

Housing Unit:

protective custody will be required to provide a written statement of the need for protective

Offenders requiring assistance with this task may receive help from their case manager or contact the Facility ADA Coordinator to request accommodations pursuant to Administrative Regulation 750-04.

Offenders written statement and list(s) will be investigated and verified by the facility intelligence officer and be provided to the Internal Classification Committee.

If you are seeking voluntary placement in protective custody, please provide a statement below to include the justification for protective custody and a list of individuals who are considered to be a threat and the reason the threat is serious enough in nature to require protective custody placement. (use back of form if necessary)

**Justification / Need for Protective Custody:**

I certify that the above statements are true and accurate to the best of my knowledge. I also understand that I may be removed from protective custody based upon any assaultive, dangerous, disruptive or predatory behaviors.

S/ _____
Offenders Name (print/signature)                                Date

**DOC EMPLOYEE WITNESS:**

S/ _____
DOC Employee Name (print/signature)                             Date

**NOTICE TO STAFF:**

*DO NOT ISSUE TO OFFENDER IN THEIR CELL! OFFENDER MUST BE PLACED IN A SECURE AND PRIVATE AREA TO COMPLETE FORM. FORM MUST BE IMMEDIATELY COLLECTED BY STAFF AND HAND DELIVERED TO THE SHIFT COMMANDER AND FACILITY INTELLIGENCE OFFICER.*

Distribution: Internal Classification Committee

Attachment A
Page 1 of 1