IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER,
DANIEL DENT,
BRANDON HAGANS,
NAMON CHASE,
MICHELLE MCVAY, and
KYLE ROBERTS, et al.,

    Defendants.

_____

**PLAINTIFF JOHN SNORSKY'S <u>UNOPPOSED</u>
MOTION TO EXTEND AFFIRMATIVE EXPERT DESIGNATION DEADLINE
RELATED TO JULY 17, 2023 JURY TRIAL (ECF 213)**

_____

COMES NOW, Plaintiff John Standley Snorsky, by and through undersigned counsel, and respectfully requests this Court amend its February 23, 2023 Order (ECF 213) by extending the current affirmative expert designation deadline, from March 15, 2023 to March 17, 2023. In support thereof, Mr. Snorsky states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Mr. Snorsky conferred with counsel for Defendants on March 15, 2023. Counsel for Defendants stated that Defendants do not oppose the relief requested herein.

## ARGUMENT

1. On February 23, 2023, the Court issued a minute order granting the parties' request to bifurcate the discovery schedule for the March 2023 bench trial and the July 2023 jury trial. (ECF 213).

2. Per the Court's February 23, 2023 Order, the affirmative expert designation deadline for the July 2023 jury trial was set for March 15, 2023.

3. Plaintiff has been working diligently with his expert witness to prepare disclosures under Federal Rule of Civil Procedure 26(a)(2).

4. Plaintiff's request for a brief two-day extension of the current designation deadline will allow Plaintiff's expert to finalize his disclosures and incorporate information from the fact witness depositions taken over the last few weeks.

5. The requested extension will not impact any other discovery deadlines set forth in the Court's February 23, 2023 Order with regard to the July 2023 jury trial.

WHEREFORE, Mr. Snorsky respectfully requests this Court amend its February 23, 2023 Order and extend the affirmative expert designation deadline for the July 2023 jury trial by two days, up to and including March 17, 2023.

Respectfully submitted this 15th day of March, 2023.

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
kevin@homiaklaw.com

and

Erica T. Grossman
HOLLAND, HOLLAND EDWARDS &
GROSSMAN, PC
1437 High Street
Denver, CO  80218
erica@hheglaw.com

and

Brian Osterman
Kristen L. Ferries
Matthew Rotbart
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
osterman@wtotrial.com
ferries@wtotrial.com
rotbart@wtotrial.com

*Attorneys for Plaintiff John Standley Snorsky*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF and served on counsel of record at the following e-mail addresses:

- **Nathan Klotz**
  nklotz@dietzedavis.com

- **William Rogers**
  wrogers@dietzedavis.com

                                            *s/ Jennifer A. Loadman*
                                            Paralegal, Homiak Law LLC