IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: August 1, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 18-cv-03025-KLM

*Parties*:  *Counsel*:

JOHN STANDLEY SNORSKY,  Kevin Homiak
 Erica Grossman
 Plaintiff,  Matthew Rotbart

v.

JOHN DOE, ET AL.,
 Nathan Klotz
 Defendants.

### COURTROOM MINUTES

**TRIAL PREPARATION AND FINAL PRETRIAL CONFERENCE**
**Court in session:   1:32 p.m.**
Court calls case. Appearances of counsel.

Counsel advise the Court they reached an agreement as to the majority of issues as to the permanent injunction.

Counsel request the Bench Trial set to commence March 29, 2023 be vacated and converted either to a Status Conference or an informal Settlement Conference.

Court addresses counsel.

**ORDERED:**  The Bench Trial set to commence March 29, 2023 is VACATED.

**ORDERED:**  A Status Conference is set for **March 29, 2023 at 1:30 p.m.** at which time the parties will notify the Court of their efforts to reach a stipulation as to issues regarding the permanent injunction.

Counsel are instructed to file a Joint Motion for a Settlement Conference if they wish to set a Settlement Conference regarding unresolved issues.

If counsel do reach an agreement as to all terms of the permanent injunction, they may file their stipulation on the docket. If a stipulation is filed, the Court will vacate the Status Conference set for March 29, 2023.

HEARING CONCLUDED.
**Court in recess:     1:45 p.m.**
Total Time:    00:13

To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.