IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff John Snorsky's <u>Unopposed</u> Motion to Extend Affirmative Expert Designation Deadline Related to July 27, 2023 Jury Trial (ECF 213)** [#219] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#219] is **GRANTED**.  The affirmative expert deadline is extended to **March 17, 2023**.

    Dated:   March 17, 2023