IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter came before the Court on a Final Pretrial/Final Trial Preparation Conference on March 17, 2023. The Conference was set in preparation for the three-day bench trial set to commence on March 29, 2023, in regard to Plaintiff's request for permanent injunctive relief. For the reasons stated at the Final Pretrial/Final Trial Preparation Conference,

    IT IS HEREBY **ORDERED** that the three-day bench trial set to commence on March 29, 2023, is **VACATED**.

    IT IS FURTHER **ORDERED** that a Status Conference is set for **March 29, 2023**, at **1:30 p.m.**

    Dated:   March 17, 2023