IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

     Plaintiff,

v.

LESLIE BEELER, et al.,

     Defendants.

---

### DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS

Defendants, through their counsel, Dietze and Davis, P.C., file the following <u>unopposed</u> request to extend the rebuttal expert disclosure deadline, and in support of same, state as follows:

### Certificate of Conferral

Counsel for the parties conferred about this Motion today via Zoom. Plaintiff does not oppose the relief requested herein.

### MOTION

1. During a July 19, 2022 Status Conference this Court set the affirmative expert deadline for February 1, 2023 and the Rebuttal Expert Deadline for March 1, 2023. *See* Doc. 180.

2. On January 30, 2023, this Court granted Plaintiff's request to extend the affirmative expert disclosure deadline to February 22, 2023. The rebuttal expert disclosure was not extended at that time. *See* Doc. 200.

3. On February 23, 2023, this Court granted the parties' request to bifurcate the discovery schedule to allow a different set of dates and deadlines to apply to the two trials set in this matter—the March 29, 2023 bench trial and the July 17, 2023 jury trial. *See* Doc. 213.

4. As part of this bifurcation, the affirmative expert disclosure deadline for the July 17, 2023 jury trial was extended to March 15, 2023 and the rebuttal expert disclosure deadline to March 22, 2023. Plaintiff subsequently sought and received another brief extension of the affirmative expert disclosure deadline up to March 17, 2023. *See* Docs. 219; 221.

5. Defendants now move for an extension of the rebuttal expert disclosure deadline of up to and including April 14, 2023 to restore the original four-week span between the two deadlines as originally set by this Court in its order entered after the July 19, 2022 Status Conference.

6. Good cause exists to extend the rebuttal expert deadline. Plaintiff's affirmative expert disclosures were made March 17, 2023, and the current deadline does not permit Defendants sufficient time to review such disclosures and finalize determinations about the designation of rebuttal experts and the reports attendant to any such designation. An extension to April 14th would provide enough time to accomplish these tasks.

7. In addition, it appears from the filing in this cast that the rebuttal expert deadline was not correspondingly extended in this Court's January 30, 2023 Order (such relief was not requested at that time, and the deadline was extended again before the issue became germane), thus this request serves to effectively reset that deadline, as would have been done back in January.

8. No party will be prejudiced by the requested extension and indeed, Plaintiff does not oppose this request.

WHEREFORE, Defendants request an extension of the rebuttal expert disclosure deadline to April 14, 2023.

Respectfully submitted this 22nd day of March, 2023.

                                        Dietze and Davis, P.C.

                                        *s/ Nathan A. Klotz*
                                        WILLIAM A. ROGERS, III
                                        NATHAN A. KLOTZ
                                        2060 Broadway, Suite 400
                                        Boulder, CO 80302
                                        Telephone: 303-447-1375
                                        FAX: 720-508-0632
                                        E-Mail: wrogers@dietzedavis.com
                                                               nklotz@dietzedavis.com
                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS** upon all parties of record by filing via CM/ECF this 22nd day of March, 2023.

*s/ Cecil A. Kennedy*