IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER, et al.,

    Defendants.

## JOINT REQUEST TO APPEAR TELEPHONICALLY

The parties, through their respective counsel, hereby request leave for their counsel to appear telephonically at the status conference set for March 29, 2023 at 1:30 p.m. As grounds therefore, the parties state as follows:

1.    During the March 17, 2023 conference conducted in this matter a status conference was set for Wednesday, March 29, 2023 at 1:30 p.m. so the parties could provide an update about their settlement negotiations with regard to Plaintiff's request for injunctive relief, or, alternatively, request a settlement conference with another magistrate in this District.

2.    Counsel for the parties continue to negotiate the terms of a potential settlement and are currently working on a proposed stipulated order to that end. Late last week, defense counsel received input and proposed language from Plaintiff's counsel and the Department of Corrections for the proposed stipulated order and is working to prepare an updated draft based on same.

3.    Because the parties are actively working on a proposed stipulated order and anticipate being able to reach an agreement on same, the update to this Court at the March 29th

status conference will be brief and the parties will not, at this time, be seeking a settlement conference.

4.     As such, counsel for the parties request that they be permitted to attend the March 29th status conference telephonically.  Counsel still request that the status conference take place so that they may appraise the court about the status of settlement negotiations, but believe it would be most efficient and economical to attend via telephone.

WHEREFORE, the parties respectfully request leave for counsel to appear at the March 29, 2023 status conference telephonically.

Respectfully submitted this 27th day of March, 2023.

*s/ Kevin D. Homiak*
Kevin D. Homiak
Homiak Law LLC
1001 Bannock Street, Suite 238
Denver, CO  80204

Erica T. Grossman
Holland, Holland Edwards & Grossman, P.C.
1437 high Street
Denver, CO  80218

Brian Osterman
Kristen L. Ferries
Matthew Rotbart
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202

*Attorneys for Plaintiff*

*s/ Nathan A. Klotz*
Nathan A. Klotz
Dietze and Davis, P.C.
2060 Broadway, Suite 400
Boulder, CO  80302

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **JOINT REQUEST TO APPEAR TELEPHONICALLY** upon all parties herein by filing via CM/ECF on this 27th day of March, 2023 to all counsel of record.

*s/ Cecil Kennedy*
Paralegal