IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion for Extension of Time to Disclose Rebuttal Experts** [#224] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#224] is **GRANTED**. The deadline to disclose rebuttal experts is extended to **April 14, 2023**.

    Dated:   March 27, 2023