IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Camden Pommenville | FTR - Reporter Deck - Courtroom A-401 |
| | Alfred A. Arraj United States Courthouse |
| Date: March 29, 2023 | |

Civil Action No. 18-cv-03025-KLM

*Parties*:                                    *Counsel*:

JOHN STANDLEY SNORSKY,          Kevin Homiak
                                              Matthew Rotbart
        Plaintiff,

v.

RICK RAEMISCH, ET AL.,              Nathan Klotz

        Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session:   1:33 p.m.**
Court calls case. Appearances of counsel.

Counsel advise the Court on the status that has been reached toward an agreement.

**ORDERED:** A Telephonic Status conference is set for April 12, 2023 at 1:30 p.m. to discuss the parties' progress on the issue of permanent injunction.

Participating counsel shall call the Court at 888-363-4749, Access Code: 2115325#, at the time of the hearing.

HEARING CONCLUDED.
**Court in recess:     1:42 p.m.**
Total Time:     00:09

To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.