IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

LESLIE BEELER, et al.,

    Defendants.

---

## DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

---

Defendants, through their counsel, Dietze and Davis, P.C., file the following <u>unopposed</u> request to extend the dispositive motions deadline, and in support of same, state as follows:

### Certificate of Conferral

Counsel for the parties conferred about this Motion via telephone. Plaintiff does not oppose the relief requested herein.

### MOTION

1.    During a July 18, 2022 Status Conference this Court set the deadline to file dispositive motions for today, March 31, 2023.

2.    During the past several months the parties have engaged in substantial discovery which has clarified and seemingly narrowed the scope of this case, including the number of individuals involved in the circumstances underlying same. The parties are now working with their clients to finalize decisions about the extent to which that narrowing impacts the number and identity of individuals to be named defendants at trial.

3. Because the ultimate number and identity of defendants remains somewhat in flux, defense counsel is still assessing whether dispositive motions need to be filed on behalf of certain currently-named defendants. It is counsel's understanding that some of the decisions about who will be named defendants at trial will be made soon, which will in turn clarify who may be the subject of a motion to dismiss.

4. As a result, Defendants request a two-week extension of time of up to and including April 14, 2023 within which to file dispositive motions. In order to keep briefing on schedule as much as possible, and after having conferred with Plaintiff's counsel, Defendants also request that the response window be reduced from 21 days to 14 days, and the reply deadline be shortened from 14 days to 7 days. This should result in any such motions being fully briefed by what would have been the original date.

5. Good cause exists to grant the requested extension as it will allow the parties additional time needed to sort out the appropriate parties to this case and focus any briefing on those defendants. This should reduce the amount of briefing needed and eliminate the need to file pleadings that might ultimately become moot.

6. No party will be prejudiced by this extension and counsel for the parties have been working closely together to try and reduce the impact of the requested extension on the dates and deadlines in this case.

WHEREFORE, Defendants request an extension to April 14, 2023 to file dispositive motions and request that Plaintiff's response time be reduced to 14 days and Defendants' reply time be reduced to 7 days.

Respectfully submitted this 31st day of March, 2023.

                                          Dietze and Davis, P.C.

                                          *s/ Nathan A. Klotz*
                                          WILLIAM A. ROGERS, III
                                          NATHAN A. KLOTZ
                                          2060 Broadway, Suite 400
                                          Boulder, CO 80302
                                          Telephone: 303-447-1375
                                          FAX: 720-508-0632
                                          E-Mail: wrogers@dietzedavis.com
                                                      nklotz@dietzedavis.com
                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** upon all parties of record by filing via CM/ECF this 31st day of March, 2023.

                                          *s/ Cecil A. Kennedy*