IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KLM

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

RICK RAEMISCH, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion for Extension of Time to File Dispositive Motions** [#229] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#229] is **GRANTED**. The deadline to file dispositive motions is extended to **April 14, 2023**. Plaintiff's Response shall be filed within 14 days of the filing of any dispositive motion, and Defendants' Reply shall be filed within seven days of the filing of the Response.

    Dated: April 3, 2023