**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03025-KLM

JOHN SNORSKY,

    Plaintiff,

v.

BRANDON HAGANS and
MICHAEL SHERWOOD,

    Defendants.

---

**NOTICE OF SETTLEMENT**

---

Plaintiff John Snorsky and Defendants Brandon Hagans and Michael Sherwood, by and through their undersigned counsel, submit this Notice of Settlement to inform the Court that all remaining outstanding claims and issues between the Parties have been resolved. The Parties respectfully ask the Court to vacate the Final Pretrial Conference scheduled for 12:00 p.m. on July 13, 2023, and the ten-day trial scheduled to begin on July 17, 2023. Because of the various layers of administrative approval, the Parties expect to file dismissal paperwork with the Court by October 31, 2023.

Dated this 11th day of July, 2023.

| | |
|---|---|
| *s/ Kevin D. Homiak* | *s/ Nathan A. Klotz (via email 7/11/23)* |
| Brian S. Osterman | William A. Rogers, III |
| Kevin D. Homiak | Nathan A. Klotz |
| Matthew V. Rotbart | Dietze and Davis, P.C. |
| Kristen L. Ferries | 2060 Broadway, Suite 400 |
| Wheeler Trigg O'Donnell LLP | Boulder, CO 80302 |

370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   osterman@wtotrial.com
homiak@wtotrial.com
rotbart@wtotrial.com
ferries@wtotrial.com

and

Erica T. Grossman
Holland, Holland Edwards & Grossman, PC
1437 High Street
Denver, CO 80218
Email:   egrossman@johnhollandlaw.com

*Attorneys for Plaintiff, John Standley Snorsky*

Telephone: 303-447-1375
FAX: 720-508-0632
E-Mail: wrogers@dietzedavis.com
nklotz@dietzedavis.com

*Attorneys for Defendants*