IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03025-KAS

JOHN STANDLEY SNORSKY,

    Plaintiff,

v.

BRANDON HAGANS and
MICHAEL SHERWOOD

    Defendants.

## STATUS REPORT RE: SETTLEMENT

    Plaintiff John Snorsky and Defendants Brandon Hagans and Michael Sherwood, by and through their undersigned counsel, submit the following status report regarding settlement and dismissal of this action.

    Mr. Snorsky has received payment under the settlement agreement and the parties are in the process of finalizing the dismissal paperwork. They anticipate being able to file dismissal paperwork, or alternatively, submit another status report to this court, by February 24, 2024.

    Dated this 16th day of February, 2024.

| | |
|---|---|
| *s/ Kevin D. Homiak* | *s/ Nathan A. Klotz* |
| Brian S. Osterman | William A. Rogers, III |
| Kevin D. Homiak | Nathan A. Klotz |
| Matthew V. Rotbart | Dietze and Davis, P.C. |
| Wheeler Trigg O'Donnell LLP | 2060 Broadway, Suite 400 |
| 370 Seventeenth Street, Suite 4500 Denver, CO 80202 | Boulder, CO 80302 |
| Telephone: 303.244.1800 | Telephone: 303-447-1375 |
| Facsimile: 303.244.1879 | FAX: 720-508-0632 |
| Email: osterman@wtotrial.com | E-Mail: wrogers@dietzedavis.com |
| homiak@wtotrial.com | nklotz@dietzedavis.com |
| rotbart@wtotrial.com | *Attorneys for Defendants* |

Erica T. Grossman
Holland, Holland Edwards & Grossman, PC
1437 High Street
Denver, CO 80218
Email: egrossman@johnhollandlaw.com

*Attorneys for Plaintiff John Standley Snorsky*

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **STATUS REPORT RE: SETTLEMENT** upon all parties of record by filing via CM/ECF this 16th day of February, 2024.

*s/ Kevin D. Homiak*