UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 1:18-cv-03025-KAS

JOHN STANDLEY SNORSKY,                Judge Kathryn A. Starnella

    Plaintiff,

v.

BRANDON HAGANS,
MICHAEL SHERWOOD,

    Defendants.

**JOINT MOTION TO DISMISS AND
REQUEST TO RETAIN JURISDICTION TO ENFORCE
SETTLEMENT AGREEMENT AND STIPULATED ORDER**

    Plaintiff and Defendants jointly move this Court for an order dismissing this case with prejudice and retaining jurisdiction solely to enforce the Settlement Agreement and Stipulated Order between the parties.

    The reasons for this motion are as follows:

    1.    Plaintiff and Defendants have agreed to settle this dispute on the terms set forth in the Settlement Agreement that was previously filed as ECF No. 282-2.

    2.    Pursuant to Paragraphs 3 and 27 of the Settlement Agreement, Plaintiff and Defendants request that the Court issue an order dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and providing that the Court retain jurisdiction over this matter solely to enforce the terms of the Settlement Agreement (ECF 282-2) and the Stipulated Order Re: Plaintiff's Request for Permanent Injunctive Relief previously agreed to by the parties and entered by the Court on June 13, 2023, ECF 251 ("Stipulated Order"). *See Floyd v. Ortiz*, 300 F.3d 1223,

n. 3 (10th Cir. 2002) (citing *Morris v. City of Hobart*, 39 F.3d 1105, 1110 (10th Cir. 1994)); *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994); *see also McMaster-Carr Supply Co. v. C.I.T.C. USA, Inc.*, No. 20-cv-02989-RBJ, ECF No. 42 (D. Colo. May 11, 2021) (dismissing the underlying action, incorporating the parties' settlement agreement, and retaining jurisdiction solely to enforce the settlement agreement).

3. A proposed order is submitted with this Motion.

For the foregoing reasons, Plaintiff and Defendants jointly move the Court for an order in the attached form dismissing this action with prejudice.

Dated: February 23, 2024

| | |
|---|---|
| s/ Nathan A. Klotz | s/Kevin D. Homiak |
| William A. Rogers, III | Brian S. Osterman |
| Nathan A. Klotz | Matthew V. Rotbart |
| DIETZE AND DAVIS, P.C. | Kevin D. Homiak |
| 2060 Broadway, Suite 400 | WHEELER TRIGG O'DONNELL LLP |
| Boulder, CO 80302 | 370 Seventeenth Street, Suite 4500 |
| Telephone: 303.447.1375 | Denver, CO 80202 |
| Facsimile: 720.508.0632 | Telephone: 303.244.1800 |
| Email: wrogers@dietzedavis.com | Facsimile: 303.244.1879 |
| nklotz@dietzedavis.com | Email: osterman@wtotrial.com |
| | rotbart@wtotrial.com |
| | homiak@wtotrial.com |
| | |
| | and |
| | |
| *Attorneys for Defendants* | Erica T. Grossman |
| *Brandon Hagans and* | HOLLAND, HOLLAND EDWARDS & GROSSMAN, PC |
| *Michael Sherwood* | 1437 High Street |
| | Denver, CO 80218 |
| | Email: egrossman@johnhollandlaw.com |
| | |
| | *Attorneys for Plaintiff* |
| | *John Snorsky* |

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 23, 2024, I electronically filed the foregoing **JOINT MOTION TO DISMISS AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Erica Tick Grossman**
  egrossman@johnhollandlaw.com, dan@hheglaw.com, john@hheglaw.com, brooke@hheglaw.com, rachel@hheglaw.com, anna@hheglaw.com

- **Nathan Andrew Klotz**
  nklotz@dietzedavis.com, ckennedy@dietzedavis.com

- **William A. Rogers , III**
  wrogers@dietzedavis.com, ckennedy@dietzedavis.com

*s/ Kevin D. Homiak*
Kevin D. Homiak