UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 1:18-cv-03025-KAS

JOHN STANDLEY SNORSKY,    Judge Kathryn A. Starnella

    Plaintiff,

v.

BRANDON HAGANS,
MICHAEL SHERWOOD,

    Defendants.

## ORDER APPROVING JOINT MOTION TO DISMISS AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED ORDER

Plaintiff and Defendants have reached a settlement of this case and have moved the Court to acknowledge the settlement and dismiss the case. For good cause shown, the Parties' Joint Motion to Dismiss and Request to Retain Jurisdiction to Enforce is GRANTED and this action is dismissed with prejudice. The terms and conditions of the Settlement Agreement (ECF 282-2) and Stipulated Order (ECF 251) are incorporated by reference into this Order. Notwithstanding the dismissal of this action, the Court retains jurisdiction solely to enforce the terms of the Settlement Agreement (ECF 282-2) and the Stipulated Order (ECF 251). *See Floyd v. Ortiz*, 300 F.3d 1223, n.3 (10th Cir. 2002).

IT IS SO ORDERED

Dated:

                                                    Judge Kathryn A. Starnella
                                                    United States District Judge